ENTERED
FILED          RECEIVED
LODGED

APR 18 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON   DEPUTY
BY

05-CV-01900-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUSTIN A. WILSON,               )
                                )
            Plaintiff,          )      CASE NO.    C05-1900-MJP
                                )
    v.                          )
                                )
STATE OF WASHINGTON, et al.,    )      ORDER OF DISMISSAL
                                )
            Defendants.         )
_____)

The Court, having reviewed the Report and Recommendation of the Honorable James P.

Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and

ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Plaintiff's complaint (Dkt. No. 6) and this action are DISMISSED without prejudice

        for failure to state a claim upon which relief may be granted.

    (3)    The Clerk is directed to terminate this action pursuant to 28 U.S.C. § 1915(e)(2)(B), to

        count this as a dismissal under 28 U.S.C. § 1915(g), and to send copies of this Order

        to plaintiff and to the Honorable James P. Donohue.

DATED this _18_ day of ___April___, 2006.

MARSHA J. PECHMAN
United States District Judge

ORDER OF DISMISSAL